IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-00277-BO-KS

| | |
|---|---|
| LYNN BERNSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | RESPONSE TO |
| v. ) | DEFENDANTS' MOTION |
| ) | FOR EXTENSION OF |
| GARY SIMS, individually and in ) | TIME TO ANSWER |
| his official capacity as Director of the ) | |
| Wake County Board of Elections; and ) | |
| WAKE COUNTY BOARD OF ) | |
| ELECTIONS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff responds to Defendants' motion filed August 9, 2022, seeking a 30-day extension of time to answer or otherwise plead in response to her complaint (D.E. #10) by stating that she does not oppose Defendants' motion.

Respectfully submitted, this the 10th day of August, 2022.

LAW OFFICE OF B. TYLER BROOKS, PLLC

BY: /s/B. Tyler Brooks
B. Tyler Brooks
N.C. Bar No. 37604
P.O. Box 10767
Greensboro, NC 27404
Telephone: (336) 707-8855
Fax: (336) 900-6535
btb@btylerbrookslawyer.com

*Counsel for Plaintiff Lynn Bernstein*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on August 10, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including counsel of record for defendants indicated below.

/s/B. Tyler Brooks
B. Tyler Brooks

**SERVED:**

Scott W. Warren, Esq.
Roger A. Askew, Esq.
Allison P. Cooper, Esq.
WAKE COUNTY ATTORNEY'S OFFICE
Post Office Box 550
Raleigh, North Carolina 27602
Phone: (919) 856-5500
Fax: (919) 856-5504

*Counsel for Defendants*