# AFFIDAVIT

Exhibit C

North Carolina

County of Wake

KAREN M. RAINES, appearing before the undersigned
*Name of Principal*

Notary and being duly sworn says that: ON OCT. 5, 2021 I WAS STANDING BESIDE LYNN BERNSTEIN AFTER THE WCBOE BOARD MEETING WHERE LYNN HAD JUST MADE A PUBLIC COMMENT, URGING THE BOARD TO LET THE PUBLIC STAY AFTER THE MEETING TO OBSERVE A PROCESS. HER REQUEST WAS DENIED. I HAD MISSED SEEING HER COMMENT AND THE BOARD'S RESPONSE. SO, AFTER THE MEETING, I LOCATED LYNN AND ASKED IF HER REQUEST HAD BEEN GRANTED. AS SHE SHOOK HER HEAD "NO", WE WERE APPROACHED BY MR. GARY SIMMS OF THE WCBOE BOARD. I WATCHED AS HE LEANED HIS FACE FORWARD TOWARD LYNN'S, STOPPING WITHIN A MILLIMETER OF HER NOSE, AND QUIETLY SEETHED "GET OUT." HE THEN STRAIGHTENED BACK UP, TURNED TO ANOTHER WOMAN WHO WAS THERE WITH LYNN AND ME AND SAID TO US, "YOU TOO." I WAS STUNNED BY THE MENACING MANNER IN WHICH HE SPOKE TO LYNN AND HAVE EXPRESSED MY OUTRAGE OVER IT ON NUMEROUS OCCASIONS WHEN RECOUNTING THE EXPERIENCE TO OTHERS IN UTTER DISBELIEF.

*Karen M. Raines*
*Affiant signature*

Sworn to (or affirmed) and subscribed before me this the 14 day of June, 2022.

*Dylan D Kern*
Official Signature of Notary

Dylan D Kern
Notary printed or typed name, Notary Public

My Commission expires: 03/07/2027

[Notary Seal: DYLAN D. KERN, NOTARY PUBLIC, NASH COUNTY, NC]