IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-277-BO-KS

| | |
|---|---|
| LYNN BERNSTEIN, ) ) Plaintiff, ) ) v. ) ) GARY SIMS, individually and in ) his official capacity as Director of the ) Wake County Board of Elections; and ) WAKE COUNTY BOARD OF ) ELECTIONS, ) ) Defendants. ) ) | **ORDER** |

Before the Court is the Parties' joint motion to substitute Denise Smith Cline, Esq., for the currently appointed mediator, Melinda Evans, Esq., in this matter.

For good cause shown, the motion [DE #42] is hereby GRANTED, and Denise Smith Cline is appointed as the mediator in this matter.

SO ORDERED, this 6th day of March 2023.

_____
KIMBERLY A. SWANK
United States Magistrate Judge