IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-00277-BO

| | |
|---|---|
| LYNN BERNSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GARY SIMS, individually and in his official capacity as Director of the Wake County Board of Elections; and WAKE COUNTY BOARD OF ELECTIONS, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the parties who have appeared in this action hereby stipulate to the dismissal with prejudice of all of plaintiff's claims against defendants, in the above-captioned case. It is further stipulated that each party shall bear its own costs, expenses, and attorneys' fees, and this matter may now be closed.

Respectfully submitted, this the 25th day of June, 2023.

*For Plaintiff:*

HUBBARD LAW FIRM

BY: /s/Meredith Woods Hubbard
Meredith Woods Hubbard
N.C. Bar No. 38599

*For Defendants:*

WAKE COUNTY ATTORNEY'S OFFICE

BY: /s/Roger A. Askew
Roger A. Askew
N.C. Bar No. 18081

meredith@hubbardlaw.com
150 Fayetteville Street, Suite 300
Raleigh, North Carolina 27601
Telephone: (919) 961-4262
Fax: (919) 930-8544

LAW OFFICE OF B. TYLER BROOKS, PLLC

BY: /s/B. Tyler Brooks
B. Tyler Brooks
N.C. Bar No. 37604
btb@btylerbrookslawyer.com
P.O. Box 10767
Greensboro, North Carolina 27404
Telephone: (336) 707-8855
Fax: (336) 900-6535

*Counsel for Plaintiff Lynn Bernstein*

roger.askew@wakegov.com
Scott Wood Warren
N.C. Bar No. 14349
swarren@wakegov.com
Allison Pope Cooper
N.C. Bar No. 34160
allison.cooper@wakegov.com
Post Office Box 550
Raleigh, NC 27602
Phone: (919) 856-5500
Fax: (919) 856-5504

*Counsel for Defendants Wake County Board of Elections and Gary Sims*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the Court's CM/ECF system on June 25, 2023, which will serve a copy on counsel for the defendants, as indicated below.

/s/B. Tyler Brooks  
B. Tyler Brooks

**SERVED:**

Scott Wood Warren, Esq.
Allison Pope Cooper, Esq.
Roger A. Askew, Esq.
WAKE COUNTY ATTORNEY'S OFFICE
Post Office Box 550
Raleigh, North Carolina 27602

*Counsel for Defendants*

3

Case 5:22-cv-00277-BO-KS   Document 46   Filed 06/25/23   Page 3 of 3